AP-77,033
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/23/2015 1:08:08 PM
Accepted 6/23/2015 2:26:22 PM
ABEL ACOSTA
CLERK

CASE NO. AP-77,033

## COURT OF CRIMINAL APPEALS OF TEXAS

*granted*
*PC*
*6-29-15*

GEORGE THOMAS CURRY,
APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

*no further extensions*

## APPELLANT'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW GEORGE THOMAS CURRY, appellant, by and through his attorney of record, KURT B. WENTZ, who files this Appellant's Fourth Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

I.

The appellant has been guilty of capital murder and sentenced to death. The appeal of his case is automatic.

II.

The appellant remains indigent and requires the assistance of appointed counsel.

III.

On August 26, 2014 the Court received the reporter's record.

The appellant's brief was originally due on or about September 25, 2014.

IV.

Prior extensions of time have been granted by this Court most recently extending the time for filing the appellant's brief to June 23, 2015.

V.

The attorney for the appellant has not been able to complete the appellant's brief.

VI.

Although the appellant's original appellate attorney, Wayne T. Hill, was allowed to withdraw, this Court denied counsel's good faith motion to withdraw on April 27, 2015.

VII.

While this Court is necessarily concerned with the filing of the appellant's brief, counsel has not been neglectful of his appellate responsibilities. Counsel has been able to meet other scheduling deadlines. Since April 27, 2015 counsel has completed and filed the following briefs:

A.     On April 27, 2015 counsel filed the brief in *Johntay Gibson v. State* with the 14th Court of Appeals. This was a lengthy non-death capital murder brief.

B.     On May 7, 2015 counsel filed the brief in *George Castillo v. State* with the 14th Court of Appeals.

C.     On May 12, 2015 counsel the brief in *Linda Henderson-Qualls v. State* with the 1st Court of Appeals.

C.     On May 18, 2015 counsel filed the brief in *Rafael A. Avellaneda v. State* with the 14th Court of Appeals.

Counsel's inability to complete the appellant's brief is not the result of ignoring his appellate caseload.

VIII.

Counsel also has an active trial practice that caused him to have three (3) non-death capital murder cases set for trial in the month of June, 2015.

The respective courts have re-ordered the trial schedule of these cases to allow counsel to address each within the trial court's schedule. However, each case demands extensive time from counsel as evidenced below:

A.    Counsel tried the non-death capital murder case entitled *The State of Texas v. Victor Alas* in the 338th District Court from June 10, 2015 to June 18, 2015.

This trial required counsel to read and familiarize himself with the record from the previous trial of the codefendant, Jose Reyes, so that he could provide Mr. Alas the effective assistance of counsel he deserved.

B.    Counsel is now scheduled to begin the non-death capital murder case entitled *The State of Texas v. Julian Valdez* in the 248th District Court on June 23, 2015. It is unknown as of this date how long this trial will last.

As with Mr. Alas' case, this trial also required counsel to read and become familiar with the record from the prior trial of a codefendant, Anthony Alegria.

C.    Counsel is next scheduled to try the non-death capital murder case entitled *The State of Texas v. Jamon Walker* in the 351st District Court on July 10, 2015.

The trial of these cases is all consuming and does not allow counsel adequate time to spend on appellate matters or other cases.

IX.

In addition to the above trial schedule counsel has a daily docket to attend to as well as what remains of an office practice.

## X.

Counsel does not anticipate being able to attend to his appellate caseload until July 20, 2015 at the earliest. Therefore, counsel requests that the Court extend the time for filing the appellant's brief to October 15, 2015.

## XI.

This request is not intended for the purpose of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that the Court extend the time for filing the appellant's brief to October 15, 2015.

Respectfully submitted,

/s/ KURT B. WENTZ
KURT B. WENTZ
5629 Cypress Creek Parkway,
Suite 115
Houston, Texas 77069
Phone: 281/587-0088
State Bar No. 21179300
e-mail: kbsawentz@yahoo.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct paper copy of the Appellant's Fourth Motion for Extension of Time to File Appellant's Brief was served on the Assistant District Attorney for Harris County, Texas presently handling this Cause on the 23rd day of June, 2015.

/s/ KURT B. WENTZ
KURT B. WENTZ